**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01225-CR

### RICARDO ONTIVEROS RODRIGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82359-2013**

## ORDER

The Court **GRANTS** court reporter Kristen Kopp's December 2, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Kopp to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/     ADA BROWN
         JUSTICE